UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. Myers Division

Winfield Solutions, LLC,

        Plaintiff,

v.

Cecil R. Howell, Jr., and Box Eleven Ranch, LLC,

        Defendants.

Case No. 2:16-cv-183-FtM-29MRM

## NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff WINFIELD SOLUTIONS, LLC, by and through its undersigned attorney, hereby gives notice to this Honorable Court pursuant to Local Rule 3.08 that the Parties have settled this matter and have executed a written Settlement Agreement resolving all disputes alleged or allegeable in this cause by and between them. As a material obligation under this Settlement Agreement, Plaintiff is hereby voluntarily dismissing this cause with prejudice with each Party to bear its own expended attorney's fees and costs to date.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 26, 2016, a true and correct copy of the foregoing was electronically filed with the Florida Court's E-Filing Portal which will send a notice of electronic filing to Jason Hunter Korn, Esq./Marshall P. Bender, Esq., Cohen and Grigsby, 9110 Strada Place, Suite 6200, Naples, FL 34108.

    /s/ Jon Marshall Oden
    FBN: 0031872
    Ball Janik LLP
    201 E. Pine Street, Suite 825
    Orlando, FL 32801
    Tel: (407) 455-5664
    Fax: (407) 902-2105
    Primary Email: joden@balljanik.com
    Attorney for Plaintiff

1055777