UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WINFIELD SOLUTIONS, LLC,

    Plaintiff,

v.                                           Case No: 2:16-cv-183-FtM-29MRM

CECIL R. HOWELL, JR.   and
BOX ELEVEN RANCH, LLC,

    Defendants.

**ORDER**

This matter comes before the Court on plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice (Doc. #17) filed on April 26, 2016. No answer or motion for summary judgment has been filed by defendants; therefore a voluntary dismissal is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** with prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __26th__ day of April, 2016.

                                                JOHN E. STEELE
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record